## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

JENNIFER WALLIS,                                          )
                                                         )
     PLAINTIFF,                                      )
                                                         )       2012 AUG 31 PM 2: 02
VS.                                                      )
                                                         )       ....YAER G. HOGAN    NO. /83647-1 ✓
BROWNLEE CONSTRUCTION, INC., EDMOUNDS                     )
CONSTRUCTION INC., JASON EDMOUNDS, Individually and       )
d/b/a EDMOUNDS CONSTRUCTION, INC., ADRIAN                 )
LUNSFORD, Individually and d/b/a EDMOUNDS                 )
CONSTRUCTION, INC., JESSICHA LUNSFORD and                 )
STEVEN GLASSCOCK,                                        )
                                                         )
     DEFENDANTS.                                     )

### SUMMONS

TO:    ADRIAN LUNSFORD, Individually and d/b/a
        Edmounds Construction, Inc.
        317 Magnolia Way ( Grove )
        Knoxville, Tennessee 37922

You are hereby summoned and required to serve upon the Plaintiff's Attorney, Lawrence P. Leibowitz, whose address is Leibowitz Law Firm, PLLC, 608 S. Gay Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. You will file the original Answer with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Issued this _3/st_ day of _August_, 2012.

Witness _Howard B Hoge_, Clerk of said Court, at office in Knox County, Tennessee.

**ADA**
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

_Howard B Hoge_
CLERK AND MASTER

BY: _Jen Conner_
Deputy Clerk

### NOTICE

TO THE DEFENDANT(S):

Tennessee law provides a Four Thousand Dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary, however, **unless it is filed before the Judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list.** Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a Lawyer.

Received this _2d_ day of _Sept_, 2012.

_Tom Dehman_
Deputy Sheriff / Process Server

**EXHIBIT B**

## SERVICE INFORMATION

To the process server: **DEFENDANT ADRIAN LUNSFORD, Individually and d/b/a Edmounds Construction, Inc.,** may be served with process at 317 Magnolia Way, Knoxville, Tennessee 37922

## RETURN ON SERVICE OF SUMMONS

( _____ ) I hereby certify and return that on the _____ day of _____, 2012, I **served** this summons together with the Complaint as follows:

_____

_____

_____

( ✓ ) I hereby certify and return that on the _20_ day of _Sept_____, 2012, I **failed** to serve this summons within 30 days after its issuance because: _Not to be found - moved_____

_____

_____

_____
Process Server
RCSO 4/14

## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

JENNIFER WALLIS,                                             )
                                                            )
    PLAINTIFF,                          )
                                                            )
VS.                                                         )
                                                            )   NO. _18 3 647-1_ ✓
BROWNLEE CONSTRUCTION, INC., EDMOUNDS                       )
CONSTRUCTION INC., JASON EDMOUNDS, Individually and         )
d/b/a EDMOUNDS CONSTRUCTION, INC., ADRIAN                   )
LUNSFORD, Individually and d/b/a EDMOUNDS                   )
CONSTRUCTION, INC., JESSICHA LUNSFORD and                   )
STEVEN GLASSCOCK,                                           )
                                                            )
    DEFENDANTS.                         )

## SUMMONS

TO:    JESSICHA LUNSFORD
        317 Magnolia Way~ *Grove*
        Knoxville, Tennessee 37922

You are hereby summoned and required to serve upon the Plaintiff's Attorney, Lawrence P. Leibowitz, whose address is Leibowitz Law Firm, PLLC, 608 S. Gay Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. You will file the original Answer with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Issued this _3/st_ day of _August_, 2012.

Witness, _Howard B Hoyr_, Clerk of said Court, at office in Knox County, Tennessee.

ADA
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

_Howard B Hoyr_
CLERK AND MASTER

BY: _Jean Cassady_
    Deputy Clerk

## NOTICE

TO THE DEFENDANT(S):

Tennessee law provides a Four Thousand Dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary, however, **unless it is filed before the Judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list.** Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a Lawyer.

Received this _20_ day of _Sept_, 2012.

_Tom Johnson_ 414
Deputy Sheriff / Process Server

## SERVICE INFORMATION

To the process server: **DEFENDANT JESSICHA LUNSFORD**, may be served with process at 317 Magnolia Way, Knoxville, Tennessee 37922

## RETURN ON SERVICE OF SUMMONS

( ____ ) I hereby certify and return that on the _____ day of _____, 2012, I **served** this summons together with the Complaint as follows:

_____

_____

_____

( __✓__ ) I hereby certify and return that on the _20_ day of _Sept_____, 2012, I **failed** to serve this summons within 30 days after its issuance because: _Not to be found - moved_

_____

_____

Process Server _KCSO 414_

**IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE**

JENNIFER WALLIS,                      )

     PLAINTIFF,               )

VS.                             )       NO. 185647-1

BROWNLEE CONSTRUCTION, INC., EDMOUNDS   )
CONSTRUCTION INC., JASON EDMOUNDS, Individually and )
d/b/a EDMOUNDS CONSTRUCTION, INC., ADRIAN   )
LUNSFORD, Individually and d/b/a EDMOUNDS    )
CONSTRUCTION, INC., JESSICHA LUNSFORD and   )
STEVEN GLASSCOCK,                  )
                                  )

     DEFENDANTS.           )

## SUMMONS

TO:     STEVEN GLASSCOCK
         220 W. Jackson Avenue
         Knoxville, Tennessee 37922

You are hereby summoned and required to serve upon the Plaintiff's Attorney, Lawrence P. Leibowitz, whose address is Leibowitz Law Firm, PLLC, 608 S. Gay Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. You will file the original Answer with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Issued this _3/1st_ day of _August_, 2012.

Witness _Howard B. Hogan_, Clerk of said Court, at office in Knox County, Tennessee.

                                          _Howard B. Hogan_
                                          CLERK AND MASTER

**ADA**
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

                                    BY: _Jen Cason_
                                            Deputy Clerk

## NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a Four Thousand Dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary, however, **unless it is filed before the Judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list.** Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a Lawyer.

Received this _1_ day of _Sept_, 2012.

                                       _Deputy Sheriff / Process Server_

## SERVICE INFORMATION

To the process server: **DEFENDANT STEVEN GLASSCOCK, may be served with process at 220 W. Jackson Avenue,** Knoxville, Tennessee 37922

## RETURN ON SERVICE OF SUMMONS

( _____ ) I hereby certify and return that on the _____ day of _____, 2012, I **served** this summons together with the Complaint as follows:

_____

_____

_____

( _C_ ) I hereby certify and return that on the _25_ day of _Sept_ , 2012, I **failed** to serve this summons within 30 days after its issuance because: _Not to be found in my Country_

_Atty contacted — Don't find new address_

_____
Process Server



## State of Tennessee

### Department of State

Division of Business Services
Wm. R. Snodgrass Tower
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243

Case Number: __183647-1__ ✓

9/24/2012
Date

7011157000340794535

**Certifed Number**

HON. HOWARD G. HOGAN
KNOX COUNTY-CHANCERY COURT
400 WEST MAIN STREET, SUITE 125
KNOXVILLE, TN 37902-2423

RE:   JENNIFER WALLIS

VS:   BROWNLEE CONSTRUCTION, INC ET AL

Dear Clerk:

Enclosed are the following papers in the above styled case:

☑   **Original Summons**

☑   **Affidavit and Endorsement**

☐   **Registered or Certified Return Receipt signed by:**

☑   **Registered or Certified letter returned undelivered with notation:**

Insufficient Address

Sincerely:

Tre Hargett

enclosures

Initials:   MMH
CC:   JAC

SS-4210 (Rev. 12/96)                                        RDA No. 1003

## IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE

| | |
|---|---|
| JENNIFER WALLIS, | ) |
| PLAINTIFF, | ) |
| | ) 2012 AUG 31 FH 2:01 |
| VS. | ) |
| | ) ......ON G. HOGAN   NO. *183 647-1* |
| BROWNLEE CONSTRUCTION, INC., EDMOUNDS | ) |
| CONSTRUCTION INC., JASON EDMOUNDS, Individually and | ) |
| d/b/a EDMOUNDS CONSTRUCTION, INC., ADRIAN | ) |
| LUNSFORD, Individually and d/b/a EDMOUNDS | ) |
| CONSTRUCTION, INC., JESSICHA LUNSFORD and | ) |
| STEVEN GLASSCOCK, | ) |
| | ) |
| DEFENDANTS. | ) |

### SUMMONS

TO:    **EDMOUNDS CONSTRUCTION, INC.**
        Serve: Jason Edmounds
        1720 Kaliste Saloom Road
        Lafayette, Louisiana 70508

You are hereby summoned and required to serve upon the Plaintiff's Attorney, Lawrence P. Leibowitz, whose address is Leibowitz Law Firm, PLLC, 608 S. Gay Street, Suite 200, Knoxville, Tennessee 37902, a true copy of the Answer to the Complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. You will file the original Answer with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Issued this _3/1st_ day of ___Aug___, 2012.

Witness, _Howard B. Hog_ Clerk of said Court, at office in Knox County, Tennessee.

**ADA**
FOR ASSISTANCE CALL
865 / 215-2952
TTY: 865 / 215-2497

                        _Howard B. Hog_
                        CLERK AND MASTER

                      BY: _____
                          Deputy Clerk

### NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a Four Thousand Dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary, however, **unless it is filed before the Judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list.** Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a Lawyer.

Received this _____ day of _____, 2012.

_____
Deputy Sheriff / Process Server

## SERVICE INFORMATION

To the process server: **DEFENDANT EDMOUNDS CONSTRUCTION, INC., may be served with process through the Tennessee Secretary of State, at the following address:** c/o Jason Edmounds, 1720 Kaliste Saloom Road, Lafayette, Louisiana 70508

## RETURN ON SERVICE OF SUMMONS

( _____ ) I hereby certify and return that on the _____ day of _____, 2012, I **served** this summons together with the Complaint as follows:

_____

_____

_____


( _____ ) I hereby certify and return that on the _____ day of _____, 2012, I **failed** to serve this summons within 30 days after its issuance because:

_____

_____

_____


_____

Process Server

AFFIDAVIT
and
ENDORSEMENT

**9/24/2012**
Date

**70111570000340794535**
Certified Number

Case Number:   183647-1

   RE:   JENNIFER WALLIS


   VS   BROWNLEE CONSTRUCTION, INC ET AL


   I,   **DARLENE LAWRENCE**   , having been duly authorized by Tre Hargett, Secretary of State

of Tennessee, do hereby make oath on his behalf and under authorization as follows:
   That on   Thursday, September 06, 2012   , I received from the plaintiff the original and
certified copies of the Summons and Complaints issued against the defendant
   **JASON EDMOUNDS**
**EDMOUNDS CONSTRUCTION, INC**
whose address is :
1720 KALISTE SALOOM ROAD, LAFAYETTE, LA 70508 ,
and that on   Friday, September 07, 2012   , I mailed by registered or certified return -
receipt mail the certified copies of the Summons and Complaint to the defendant at the above address
together with written notice that service was so made. I further make oath that the registered or
certified letter was not delivered but was returned to my office on   **Monday, September 24, 2012**

containing the notation "   **Insufficient Address**   " and returned

to   KNOX COUNTY-CHANCERY COURT   of   KNOXVILLE   , Tennessee on

**Monday, September 24, 2012**

Tre Hargett
Secretary of State

Subscribed and sworn to before me,

this 24th   day of September 2012

NOTARY PUBLIC

by

My commission expires   11-3-2015

SS-4205 (Rev. 2/90)



...gett, Secretary of State

State of Tennessee
osa L. Parks Avenue, 6th Floor
ashville, Tennessee 37243

7011 1570 0003 4079 4535

INSUFFICIENT ADDRESS

INSUFFICIENT ADDRESS

EDMOUNDS CONSTRUCTION, INC
JASON EDMOUNDS



UNIT
02 1A
0004329321
MAILED FROM ZIPCODE 37243
$ 07.00°
SEP 10 2012