IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIFER WALLIS, <br><br> Plaintiff, <br><br> vs. <br><br> BROWNLEE CONSTRUCTION, INC., <br> EDMOUNDS CONSTRUCTION, INC., <br> JASON EDMOUNDS, individually and d/b/a <br> EDMOUNDS CONSTRUCTION, INC., <br> ADRIAN LUNSFORD, individually and d/b/a <br> EDMOUNDS CONSTRUCTION, INC., <br> JESSICHA LUNSFORD, and <br> STEVEN GLASSCOCK <br><br> Defendants. | Civil Action No: 3:12-cv-00518 <br> **Judge Reeves** |

## STIPULATION OF DISMISSAL

This entire action is hereby voluntarily dismissed with prejudice pursuant to FRCP 41.(a)(1)(A)(ii), with each party to bear its own attorneys fees and discretionary costs. Plaintiff and Defendants Brownlee Construction, Inc. stipulate to the dismissal of this action with prejudice. Although Edmounds Construction, Inc., has now been served, no appearance has been made on it's behalf. The remaining Defendants have not been served.

Respectfully submitted this 15th day of July, 2014.

LEIBOWITZ LAW FIRM, PLLC

s/Jennifer Knapp Hemmelgarn
Lawrence P. Leibowitz (BPR #000974)
Jennifer Knapp Hemmelgarn (BPR #027359)
Counsel for Plaintiff
608 S. Gay Street, Suite 200
Knoxville, Tennessee 37902
Telephone: (865) 637-1809


WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

s/J. Keith Coates, Jr.
Robert P. Noell, Esq. (BPR #020231)
J. Keith Coates, Jr., Esq. (BPR #025839)
Counsel for Defendant Brownlee Construction, Inc.
Post Office Box 900
Knoxville, Tennessee 37901
Telephone: (865) 215-1000

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 15, 2014, a true and exact copy of the foregoing has been served on all counsel of record by regular United States Mail, or by facsimile or by electronic delivery, as follows:

Edmounds Construction, Inc.
4467 Siena Drive
Frisco, TX 75034

                                  LEIBOWITZ LAW FIRM, PLLC

                                  s/Jennifer Knapp Hemmelgarn
                                  Lawrence P. Leibowitz
                                  Jennifer Knapp Hemmelgarn

T:\Files\LPL\Wallis\Stipulation-Dismissal

3

Case 3:12-cv-00518-PLR-CCS   Document 15   Filed 07/15/14   Page 3 of 3   PageID #: 188